FILED
JUN 1 8 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT JAMES FULFORD,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>IVAN CLAY, et al.,<br><br>　　　　　Respondents. | CIV S-07-1595 FCD GGH P<br><br>[PROPOSED] ORDER |

The court modifies its order filed May 29, 2008, as follows: Petitioner's conviction for felony hit and run is reversed. Unless the state court judgment is modified to reflect only the conviction for misdemeanor hit and run, Respondent must either release Petitioner from custody or initiate proceedings to retry him within 60 days of the date of this order.

DATED: 6/18/08

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

[Proposed] Order